UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
─────────────────────────────────────────X

RICHARD LACH,

        Plaintiff,                                05-CV-1081 (ARR)

   -against-

THE UNITED STATES OF AMERICA
SECRETARY OF TREASURY,

        Defendant.
─────────────────────────────────────────X

RICHARD LACH,

        Plaintiff,                                05-CV-1156 (ARR)

   -against-

VATICAN TREASURY DEPARTMENT,

        Defendant.
─────────────────────────────────────────X

RICHARD LACH,

        Plaintiff,                                05-CV-1157 (ARR)

   -against-

POLAND TREASURY DEPARTMENT,

        Defendant.
─────────────────────────────────────────X

RICHARD LACH,

        Plaintiff,                                05-CV-1158 (ARR)

   -against-

GERMANY TREASURY DEPARTMENT,

        Defendant.
─────────────────────────────────────────X



## CIVIL JUDGMENT

Pursuant to the order issued **March 10, 2005** by the Honorable Allyne R. Ross, United States District Judge, dismissing the complaints, it is

**ORDERED, ADJUDGED AND DECREED**: That the complaints are hereby dismissed. 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

Allyne R. Ross
United States District Judge

Dated: Brooklyn, New York
March 10, 2005

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.